DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
GINA M. ROCCANOVA, State Bar #201594
Deputy City Attorneys
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3815
Facsimile:      (415) 554-4248
E-Mail:          jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STOCKWELL, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, CHIEF OF SAN FRANCISCO POLICE DEPARTMENT, sued in her official capacity,<br><br>         Defendants. | Case No. 08-05180 PJH<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER DISMISSING DEFENDANT HEATHER FONG, CHIEF OF POLICE**<br>(Fed. R. Civ. Pro. 41) |

1  **IT IS HEREBY STIPULATED**, by and among the parties through their respective counsel that all of Plaintiffs' claims against the Defendant Heather Fong, Chief of Police, in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED.**

Dated:  May 21, 2009

    Michael S. Sorgen
    LAW OFFICES OF MICHAEL S. SORGEN
    Richard A. Hoyer
    LAW OFFICES OF RICHARD A. HOYER & ASSOC.

    By:   /s/Michael S. Sorgen
    MICHAEL S. SORGEN

    Attorneys for Plaintiffs

Dated:  May 21, 2009

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH S. SALVESON
    Chief Labor Attorney
    JONATHAN C. ROLNICK
    GINA M. ROCCANOVA
    Deputy City Attorneys

    By:   /s/Jonathan C. Rolnick
    JONATHAN C. ROLNICK

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, et al.

//
//
//
//
//
//

1 **ORDER**

3    **IT IS HEREBY ORDERED** that all of Plaintiffs' claims against Defendant Heather Fong, Chief of Police, are dismissed with prejudice.

6    Dated: May 26, 2009



_____
**HONORABLE PHYLLIS J. HAMILTON**
United States District Judge