DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
GINA M. ROCCANOVA, State Bar #201594
Deputy City Attorneys
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3815
Facsimile:      (415) 554-4248
E-Mail:          jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STOCKWELL, et al., | Case No. 08-05180 PJH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 28, 2009 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, CHIEF OF SAN FRANCISCO POLICE DEPARTMENT, sued in her official capacity, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that a continuance of the May 28, 2009 further case management conference in this matter be continued to June 25, 2009 at 2:30 p.m.  A continuance of the case management conference is warranted in light of the following motions pending in *Officers for Justice v. Civil Service Commission, et al.*, 73-0657 CRB, 77-2884 CRB ("*OFJ v. CSC*"), and *Officers for Justice Class Members Including Amigo v. Civil Service Commission, et al.*, 09-1675 CRB ("*Amigo v. CSC*"):

    1)  On May 29, 2009, the court will hear a motion to enforce the consent decree in *OFJ v. CSC*; and

    2)  On June 19, 2009, the court will hear a motion for writ of mandate in *Amigo v. CSC*.

The outcome of these motions may impact the scope of this action and may, in turn, impact the scheduling order to be set at the further case management conference.

Dated:  May 21, 2009

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH S. SALVESON
    Chief Labor Attorney
    JONATHAN C. ROLNICK
    GINA M. ROCCANOVA
    Deputy City Attorneys

    By:___/s/Jonathan C. Rolnick_____
    JONATHAN C. ROLNICK

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated:  May 21, 2009

    Michael S. Sorgen
    LAW OFFICES OF MICHAEL S. SORGEN
    Richard A. Hoyer
    LAW OFFICES OF RICHARD A. HOYER & ASSOC.

    By:___/s/Michael S. Sorgen___
    MICHAEL S. SORGEN
    Attorneys for Plaintiffs

//

//

**ORDER**

**IT IS HEREBY ORDERED** that the further case management conference scheduled for May 28, 2009 shall be continued to June 25, 2009 at 2:30 p.m.

Dated: May 26, 2009



_____
**HONORABLE PHYLLIS J. HAMILTON**
United States District Judge