1  Michael S. Sorgen (SBN 43107)
   Ryan L. Hicks (SBN 260284)
2  LAW OFFICES OF MICHAEL S. SORGEN
   Richard A. Hoyer (SBN 151931)
3  LAW OFFICES OF RICHARD A. HOYER & ASSOCIATES
   240 Stockton Street, Ninth Floor
4  San Francisco, CA 94108
   (415) 956-1360
5  Attorneys for Plaintiffs

6  Dennis J. Herrera (SBN 139669)
   City Attorney
7  Elizabeth A. Salveson (SBN 83788)
   Chief Labor Attorney
8  Jonathan Rolnick (SBN 151814)
   Deputy City Attorneys
9  Fox Plaza, 1390 Market Street, Fifth Floor
   San Francisco, CA 94102-5408
10 (415) 554-3815
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

for the NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STOCKWELL, *et al*,<br><br>  Plaintiffs,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No. C 08-05180 PJH<br><br>**STIPULATION REQUESTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Before the Honorable Phyllis J. Hamilton |

On August 27, 2010 the Court entered an order denying plaintiffs' motion for class certification. Previously, the Court had ordered the parties to meet and confer regarding further discovery and come to an agreement as to deadlines or to request a case management conference. The parties have determined that a further case management conference is necessary and have reserved a date with the Court's clerk on October 21, 2010 at 2:00 p.m.

///

///

///

STIPULATED REQUEST FOR CASE
MANAGEMENT CONFERENCE          - 1 -                   Case No. 3:08-CV-05180 PJH

1  The parties respectfully request that the Court order that a case management conference be held on October 21, 2010 at 2:00 p.m. per the parties' stipulation. The parties shall submit a joint case management conference statement on or before October 14, 2010.

Dated: September 9, 2010          Respectfully submitted,

THE LAW OFFICES OF MICHAEL S. SORGEN

By:  /s/
   RYAN L. HICKS
   Attorneys for Plaintiffs

Dated: September 9, 2010          DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
GINA M. ROCCANOVA
Deputy City Attorneys

By:  /s/
   JONATHAN C. ROLNICK
   Attorneys for Defendants

**PROPOSED ORDER**

Pursuant to the parties' stipulation, the Court hereby sets a case management conference for October 21, 2010 at 2:00 p.m.

Dated: 9/10/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton