Michael S. Sorgen (CSB No. 43107)
Andrea Adam Brott (CSB No. 121288)
Ryan L. Hicks (CSB No. 260284)
LAW OFFICES OF MICHAEL S. SORGEN

Richard A. Hoyer (CSB No. 151931)
HOYER & ASSOCIATES

240 Stockton, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Fax: (415) 276-1738
msorgen@sorgen.net
rhicks@sorgen.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUANITA STOCKWELL, *et al*, | Case No. C 08-05180 PJH |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs hereby withdraw their *Ex Parte* Application Requesting Permission to File Under Seal Proofs of Service of Documents Supporting Motions for Leave to Amend and Leave to Withdraw. Plaintiffs will re-file the request as an administrative motion.

Respectfully Submitted,

Dated: November 3, 2010     By:     /s/
_____
Ryan L. Hicks
LAW OFFICES OF MICHAEL S. SORGEN
Attorneys for Plaintiffs and the Proposed Class