UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUANITA STOCKWELL, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. C 08-5180 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    The court, having granted the motion of plaintiffs' counsel, Michael Sorgen, to withdraw from representation of plaintiff Anthony Johnson, hereby orders the appearance of Mr. Johnson, or his counsel if new counsel has or will be substituted in place of Mr. Sorgen, at a case management conference which will be held on **February 24, 2011, at 2:00 p.m**. The purpose of the conference is to determine whether plaintiff Johnson will proceed in pro per or obtain new counsel, to determine whether his case should be severed from the remaining purported class action, and to schedule further proceedings. Mr. Sorgen may, but is not required, to appear at the conference.

    A copy of this order will be sent directly to plaintiff Johnson at the address provided by the parties.

**IT IS SO ORDERED.**

Dated: January 24, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge