UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUANITA STOCKWELL, et al.,

      Plaintiffs,

      v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

      Defendants.

_____/

No. C 08-5180 PJH

**ORDER RE SEVERANCE**

The court held a case management conference on April 28, 2011 and determined that plaintiff Anthony Johnson's claims shall be severed from this case. Mr. Johnson, who has indicated that he is proceeding pro se, shall file a first amended complaint no later than May 31, 2011. The Clerk of Court shall accept the filing and open a new case file for the severed case which will bear a different case number and caption. No additional filing fee is required. All documents currently docketed in this case, shall be copied to the new docket as well. Thereafter, documents shall be docketed only on the one docket bearing the correct case number and caption.

**IT IS SO ORDERED.**

Dated: May 2, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge