1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   Deputy City Attorney
4  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-3815
   Facsimile:    (415) 554-4248
6  E-Mail:       jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUANITA STOCKWELL, et al., | Case No. 08-05180 PJH |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that Plaintiffs shall file and set for hearing a second motion for class certification based on the following schedule:

1. June 1, 2011 – Plaintiffs to file their second motion for class certification;
2. June 22, 2011 – Last day for the City to file its opposition;
3. July 1, 2011 – Last day for Plaintiffs to file a reply brief; and
4. July 20, 2011 – Motion to be heard at 9:00 a.m.

Dated: May 17, 2011

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH S. SALVESON
    Chief Labor Attorney
    JONATHAN C. ROLNICK
    GINA M. ROCCANOVA
    Deputy City Attorneys

    By:   /s/Jonathan C. Rolnick
    JONATHAN C. ROLNICK

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated: May 17, 2011

    Michael S. Sorgen
    LAW OFFICES OF MICHAEL S. SORGEN
    Richard A. Hoyer
    LAW OFFICES OF RICHARD A. HOYER & ASSOC.

    By:   /s/Michael S. Sorgen
    MICHAEL S. SORGEN
    Attorneys for Plaintiffs

//

//

//

//

//

//

# ORDER

**IT IS HEREBY ORDERED** that plaintiffs' second motion for class certification shall be heard on July 20, 2011 at 9:00 a.m.  Plaintiffs shall file their motion on June 1, 2011.  Defendant's opposition shall be due on June 22, 2011.  Plaintiffs' reply brief shall be due on July 1, 2011.

Dated: May 23, 2011



_____
**HONORABLE PHYLLIS J. HAMILTON**
**United States District Judge**