**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                              510.637.3530


May 19, 2014


CASE NUMBER:   **CV 08-05180 PJH**
CASE TITLE:   Stockwell et al v. City and County of San Francisco et al
DATE MANDATE FILED:  5/19/2014


TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed
in the above captioned case.


                                                   Sincerely,

                                                   RICHARD W. WIEKING, Clerk


                                                   V Kyono


                                                   by:  Valerie Kyono
                                                   Case Systems Administrator


Distribution:  CIVIL          -        Counsel of Record

               CRIMINAL    -        Counsel of Record
                                     U.S. Marshal (Copy of Mandate)
                                     U.S. Probation Office


NDC App-16