Stockwell et al

vs.

City & County

of San Francisco

Stipulation regarding Dismissal of case

Stockwell et

Case No   08-05180
PJH

1. Plaintiffs will dismiss the action.
2. Plaintiffs' individual disparate impact FEHA claims are dismissed without prejudice.
3. Plaintiffs' class claims are dismissed with prejudice.
4. Plaintiffs' disparate treatment claims under FEHA are dismissed with prejudice.
5. Plaintiffs' ADEA claims are dismissed with prejudice.
6. Defendants will not bring a request for fees or costs.

1 of 2

12/16/15                    [signature]

Jonathan Rolnick
Deputy City Attorney
Attorney for the City & County of San Francisco
et al.

[signature]

Richard Hoyer
Hoyer & Associates
Attorneys for Plaintiffs

It is so ordered

12/16/15                    [signature]

2 of 2